| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:05CR00249 CAS |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Brandice Monique Garrett | DISTRICT Eastern District of Missouri | DIVISION St. Louis |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Charles A. Shaw United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 21, 2005 — TO December 20, 2008 |

| OFFENSE Conspiracy to Commit Bank Fraud | 08 CR 638 |
|---|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

JUDGE NORGLE
MAGISTRATE JUDGE MASON

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/23/08
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Northern District of Illinois"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG - 8 2008
Effective Date

*James F. Holderman*
United States District Judge

FILED
AUG 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT